# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50128
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 4, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christian Jonathan Valle,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-598-1

---

Before Willett, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Christian Jonathan Valle has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valle has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Valle's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50128

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.